81,853-01

Humberto Rodriguez, Jr. 1017893                    1-11-15
The Hughes Unit
Rt. 2 Box 4400
Gatesville, TX 76597


Clerk Of Court                              IN RE: WR-81,853-01
TX Court of Criminal Appeals
P.O. Box 12308
Austin, Tx 78711


Dear Clerk:

I am writing to inquire as to the amount of money I owe you for copies, if any. Your notice to me dated 12-10-14, stated I needed to send you 10 copies of the motion dealing with an §11.07 proceeding, and my return letter dated 12-16-14 explained that I am an inmate and unable to make copies. I asked to be billed so that my family might pay for copies you supplied.

Please let me know if I owe you a fee, and if my motion has been presented to the Court for their consideration.


Thank you for your help.



Sincerely;

Humberto Rodriguez

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 1 4 2015

Abel Acosta, Clerk